# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:14 CV 189

| | |
|---|---|
| DOUGLAS A. TILLEY, SR. and DONNESE TILLEY, | ) ) ) |
| Plaintiffs | ) ) |
| V | ) ) **ORDER** |
| NICHOLAS J. TARANTO, | ) ) ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on Lauren O. Newton's Application for Admission to Practice *Pro Hac Vice* of Joshua A. Whitman. It appearing that Joshua A. Whitman is a member in good standing with the Florida State Bar and will be appearing with Lauren O. Newton, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Lauren O. Newton's Application for Admission to Practice *Pro Hac Vice* (#15) of Joshua A. Whitman is

**GRANTED**, and that Joshua A. Whitman is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Lauren O. Newton.

Signed: November 13, 2014

Dennis L. Howell
United States Magistrate Judge