IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:14cv189

| | |
|---|---|
| DOUGLAS A. TILLEY, SR. and DONNESE TILLEY, ) ) ) ) Plaintiff, ) ) v. ) ) NICHOLAS J. TARANTO, ) ) ) Defendant. ) | ORDER |

Pending before the Court is the Joint Motion to Continue Mediation [# 17]. For good cause shown, the Court **GRANTS** the motion [# 17]. The parties shall have until June 16, 2015, to complete mediation. The remaining deadlines contained in the Pretrial Order remain unchanged.

Signed: April 23, 2015

Dennis L. Howell
United States Magistrate Judge

-1-